IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:08-00040-01

GILMORE RICHARDS

### SENTENCING MEMORANDUM OF THE UNITED STATES

Pursuant to this Court's order entered on May 20, 2008, the United States offers this Sentencing Memorandum outlining its position regarding the presentence report.

### I.    ADVISORY GUIDELINES

The parties appear to be in agreement regarding the advisory guidelines.  That is, the parties agree that defendant's base offense level is 30, that defendant qualifies for a four-level reduction for role in the offense, a three-level reduction for acceptance of responsibility, and that defendant's total offense level is 23.  The parties also agree that defendant's criminal history category is IV, and that his advisory guideline range is 70-87 months.

### II. 18 U.S.C. § 3553(a) FACTORS

The position of the United States is that a guideline sentence is reasonable.  The factors in Title 18, United States Code, Section 3553(a) support a guideline sentence.

**A.    18 U.S.C. § 3553(a)(1):**  This is a drug case involving oxycodone and cocaine base.

**B.  18 U.S.C. § 3553(a)(2)(A through D):**   The United States argues that a Guideline sentence will reflect the seriousness of the offense, provide adequate deterrence, protect the public from further crime by defendant, and avail defendant of drug treatment and counseling offered by the Bureau of Prisons.

**C.   18 U.S.C. § 3553(a)(3):** Defendant faces a statutory sentence of 20 years.  A guideline sentence is reasonable and meets the statutory sentencing requirements.

**D. 18 U.S.C. § 3553(a)(4)(A through B):**   The United States again argues a Guideline sentence is reasonable in this case.

**E.   18 U.S.C. § 3553(a)(5):**   The United States argues that a Guideline sentence necessarily complies with the applicable guideline policy statements.

**F.   18 U.S.C. § 3553(a)(6):**   The United States argues that a Guideline sentence will avoid sentencing disparities with similarly situated defendants.

**G.   18 U.S.C. § 3553(a)(7):** Not applicable.

The United States does not intend to call witnesses at defendant's sentencing hearing and anticipates that the hearing will last approximately 15 minutes.

**III.  <u>CONCLUSION</u>**

WHEREFORE, for the above-cited reasons, the United States argues that the Court should impose a guideline sentence.

Respectfully submitted,

CHARLES T. MILLER
United States Attorney


By:  _____
s/ Miller Bushong, AUSA
MILLER BUSHONG Bar Number: 5802
Assistant United States Attorney
110 North Heber Street
Beckley, WV 25801
Telephone: (304) 253-6722
Fax: (304) 253-9206
E-mail: miller.bushong@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008, I electronically filed the foregoing "Sentencing Memorandum of the United States" with the Clerk of the Court using the CM/ECF system and service was made via CM/ECF on the following:

William S. Winfrey, II, Esquire
P.O. Box 1159
Princeton, WV 24740

By:    s/ Miller Bushong, AUSA
       MILLER BUSHONG Bar Number: 5802
       Assistant United States Attorney
       110 North Heber Street
       Beckley,  WV  25801
       Telephone: (304) 253-6722
       Fax: (304) 253-9206
       E-mail: miller.bushong@usdoj.gov