**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BLUEFIELD**

**UNITED STATES OF AMERICA**


**v.**                                    **CRIMINAL NO. 1:08-00040-01**


**GILMORE RICHARDS**


**MEMORANDUM OF THE UNITED STATES IN RESPONSE TO**
**ORDER ENTERED ON DECEMBER 14, 2011**

The United States has reviewed the Deputy Chief Probation Officer's memorandum dated December 9, 2011, and agrees with his conclusion that because the guideline range for this offender does not change under the 2011 amendments to U.S.S.G. §2D1.1, defendant does not appear to be eligible for a sentence reduction.


Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney


By: s/ Miller Bushong, AUSA
MILLER BUSHONG Bar Number: 5802
Assistant United States Attorney
110 North Heber Street
Beckley, WV 25801
Telephone: (304) 253-6722
Fax: (304) 253-9206
E-mail: miller.bushong@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

It is hereby certified that service of the foregoing "MEMORANDUM OF THE UNITED STATES IN RESPONSE TO COURT'S ORDER ENTERED ON DECEMBER 14, 2011" has been electronically filed and service has been made on the following on this 21st day of December, 2011, to:

Mary Lou Newberger, FPD
Federal Public Defender's Office
300 Virginia Street, East
Room 3400
Charleston, WV 25301

By:  <u>s/ Miller Bushong, AUSA</u>
MILLER BUSHONG Bar Number: 5802
Assistant United States Attorney
110 North Heber Street
Beckley, WV 25801
Telephone: (304) 253-6722
Fax: (304) 253-9206
E-mail: miller.bushong@usdoj.gov