PROB 12B
(7/93)

# United States District Court

## for the

## Southern District of West Virginia

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

FILED

OCT 2 1 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Name of Offender: Gilmore Richards                    Case Number:   1:08CR00040-01

Name of Sentencing Judicial Officer:   The Honorable Thomas E. Johnston, United States District Judge
(September 23, 2015, case reassigned to the Honorable David A. Faber, Senior United States District Judge)

Date of Original Sentence:   September 15, 2008

Original Offense:    21 U.S.C. § 841(a)(1), Distribution of cocaine base

Original Sentence:    Seventy months' imprisonment, followed by a three-year term of supervised release

Type of Supervision:  Supervised Release            Date Supervision Commenced:   March 28, 2013

## PETITIONING THE COURT

[ ]    To extend the term of supervision for years, for a total term of years.
[X]    To modify the conditions of supervision as follows:

**The defendant shall abstain from the use of alcohol.**

## CAUSE

Mr. Richards has been under the supervision of the United States Probation Office for the Eastern District of Virginia since his release. The offender's supervising officer indicates he has been compliant with the terms and conditions of his supervised release, but she is concerned that he has replaced his previous use of narcotics with the use of alcohol. The officer indicates that Mr. Richards has reported to the probation office under the influence of alcohol on four different occasions this previous year. The offender has been screened for alcohol use by the probation officer and has submitted the following breathalyser readings:

December 4, 2014       BAC .034
August 14, 2015        BAC .038
September 3, 2015       BAC .054
September 10, 2015      BAC .022

Mr. Richards has informed his probation officer that he believes he has an alcohol problem and is having difficulty refraining from drinking. The officer believes the offender is also showing signs of alcohol abuse. Mr. Richards has been scheduled for a substance abuse evaluation.

Gilmore Richards
1:08CR00040-01

Request for Modifying the Conditions or Term
of Supervision with Consent of the Offender
Page Two

Respectfully submitted,

by,



Patrick M. Fidler
Senior United States Probation Officer

September 30, 2015

THE COURT ORDERS:

[ ] No Action
[ ] The Issuance of a Summons
[ ] A Hearing Be Scheduled in This Matter
[ ] Other
[✓] The Modification of Conditions as Noted Above

**ENTERED**

OCT 2 1 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Signature of Judicial Officer

October 21, 2015

Date

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF WEST VIRGINIA
## GILMORE RICHARDS, DOCKET NO. 1:08CR00040

I, **GILMORE RICHARDS,** have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or supervised release or before my term of supervision is extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that I may waive my right to a hearing after conferring with counsel or by making such waiver before a United States Magistrate Judge.

I acknowledge that I have conferred with counsel prior to executing this waiver and I hereby willingly, knowingly, and voluntarily waive my statutory right to a hearing and agree to the following modification(s) of my conditions of probation or supervised release, or to the proposed extension of my term of supervision:

_____     _____
Probationer or Supervised Releasee          Date

I acknowledge that I have conferred with the defendant prior to the defendant executing this document.

_____     _____
Counsel                                                        Date

## The defendant shall abstain from the use of alcohol

_____ I acknowledge that I willingly, knowingly, and voluntarily execute this waiver of hearing before a United States Magistrate Judge, to have my probation or supervised release modified or extended as described above.

_____     _____
Probationer or Supervised Releasee          Date

_____     _____
United States Magistrate Judge               Date