```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                               CRIMINAL NO. 1:08-00040-001

GILMORE RICHARDS

## MEMORANDUM OPINION AND ORDER

Pending before the court is the government's motion to dismiss the pending Petition for Warrant or Summons for Offender Under Supervision and to deem the defendant's term of supervised release completed. (Doc. No. 115). For the reasons stated in the United States' motion, that motion is **GRANTED**.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 18th day of May, 2016.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge